UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN CHEW MD,<br><br>　　　　　Defendant. | No. 2:24-cv-00570-DAD-CKD (PS)<br><br>ORDER TO SHOW CAUSE |

Plaintiff Peggy Lopez is proceeding pro se and in forma pauperis in this action. On June 7, 2024, the Court dismissed Plaintiff's complaint with leave to amend within thirty (30) days. (ECF No. 3.) That deadline has now passed, and Plaintiff has not filed the anticipated amended complaint. Plaintiff was warned that "failure to file an amended complaint in accordance with [the June 7, 2024] order will result in a recommendation that this action be dismissed." *Id*. at 7.

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, in writing, within 14 days, why her failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If Plaintiff fails to respond, the Court will recommend dismissal of this action pursuant to Local Rule 110.

Dated: 08/19/24

4, lope0570.24

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE