UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN CHEW,<br><br>　　　　　Defendant. | No.  2:24-cv-00570-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 5) |

　　　　Plaintiff Peggy Lopez, proceeding *pro se* and *in forma pauperis*, initiated this civil action on February 23, 2024.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 7, 2024, the assigned magistrate judge dismissed the operative complaint and granted plaintiff leave to file an amended complaint within thirty (30) days from the date of service of that order.  (Doc. No. 3.)  Specifically, the magistrate judge found that plaintiff had made only conclusory allegations of defendant's conduct which were insufficient to state a cognizable claim for medical malpractice, medical battery, intentional infliction of emotional distress, or elder abuse under California Elder Abuse Act, California Welfare & Institutions Code §§ 15600, *et seq.*  (*Id.* at 4–6.)  Plaintiff did not filed an amended complaint within the proscribed time and therefore, on August 19, 2024, the magistrate judge issued an order requiring plaintiff to show cause in writing why her failure to file an amended complaint should not result in a

recommendation that this case be dismissed.  (Doc. No. 4 at 1.)  To date, plaintiff has neither responded to that order to show cause nor filed an amended complaint.

Accordingly, on September 13, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed in its entirety due to plaintiff's failure to prosecute this action and failure to comply with a court order.  (Doc. No. 5 at 1–2.)  The pending findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of the date of service.  (*Id.* at 2.)  To date, plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 13, 2024 (Doc. No. 5) are adopted in full;

2. The operative complaint (Doc. No. 1) is dismissed, without further leave to amend; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 20, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2